IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01608-BNB

MICHAEL REA,

Applicant,

v.

HOYT BRILL, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER TO FILE AMENDED PRE-ANSWER RESPONSE

---

Applicant, Michael Rea, is a prisoner in the custody of the Colorado Department

of Corrections who currently is incarcerated at the Kit Carson Correctional Center in

Burlington, Colorado. Mr. Rea initiated this action by filing *pro se* an application for a

writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his

conviction in Larimer County District Court case number 02CR315. On August 19,

2008, Magistrate Judge Craig B. Shaffer ordered Respondents to file within twenty days

a pre-answer response limited to addressing the affirmative defenses of timeliness

under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C.

§ 2254(b)(1)(A). On September 5, 2008, Respondents filed their pre-answer response.

On September 11, 2008, Mr. Rea filed a reply to the pre-answer response.

On October 24, 2008, I ordered Mr. Rea to file within thirty days an amended

habeas corpus application because, upon closer review, the application failed to comply

with Rule 8 of the Federal Rules of Civil Procedure. The October 24 order noted that

Mr. Rea's claims were vague and conclusory because the habeas corpus application referred to an attached document to explain the asserted claims, and that, as a result, the Respondents' response attempted but was unable to respond to each asserted claim in an organized manner understandable to the Court. On November 18, 2008, Mr. Rea submitted an amended habeas corpus application.

Respondents now are directed to file an amended pre-answer response, limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A), that replaces the pre-answer response originally filed on September 5, 2008. The amended pre-answer response should address the claims asserted in the amended application filed on November 18, 2008. If Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the amended pre-answer response. Respondents may not file a dispositive motion as their amended pre-answer response, or an answer, or otherwise address the merits of the claims in response to this order.

In support of the amended pre-answer response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may file an amended reply to the amended pre-answer response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has

2

pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. The Court will not refer to the reply Applicant originally filed on September 11, 2008. Accordingly, it is

ORDERED that **within twenty days from the date of this order** Respondents shall file an amended pre-answer response that complies with this order. It is

FURTHER ORDERED that **within twenty days of the filing of the amended pre-answer response** Applicant may file an amended reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the amended pre-answer response.

DATED November 20, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01608-BNB

Michael Rea
Prisoner No. 118902
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

John D. Seidel
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals on 11/20/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk