# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01608-BNB

MICHAEL REA,

    Applicant,

v.

HOYT BRILL, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2008

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's motion, filed on December 22, 2008, seeking to prohibit fax filing, is DENIED.

Dated: December 23, 2008

Copy of this Minute Order mailed on December 23, 2008, to the following:

Michael Rea
Prisoner No. 118902
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

John D. Seidel
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

                                          Secretary/Deputy Clerk