IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01608-MSK-MEH

MICHAEL D. REA,

      Petitioner,

v.

COLORADO ATTORNEY GENERAL, and
HOYTE BRILL,

      Respondents.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2009.**

      Applicant's Motion to Issue Order Granting Relief Pending Final Review [filed March 18, 2009; docket #35] is **denied**.  The Court construes the motion as a request for expedited review, as it requests the same relief (release from custody) that may be afforded upon final disposition of the case.