IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01608-MSK-MEH

MICHAEL D. REA,

    Petitioner,

v.

COLORADO ATTORNEY GENERAL, and
HOYTE BRILL,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2009.**

    Applicant's Motion for Transfer Pursuant to FRAP 23(a) [filed March 18, 2009; docket #34] is **denied**. This Court has no authority to grant or deny relief for requests made pursuant to an appellate court rule.