IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01608-MSK-MEH

MICHAEL D. REA,

      Petitioner,

v.

COLORADO ATTORNEY GENERAL, and
HOYTE BRILL,

      Respondents.

---

## ORDER

---

This matter is before the Court *sua sponte*.

It is hereby ORDERED that on or before May 22, 2009, the Clerk of the Court, Larimer

County District Court, Colorado, shall provide to this Court the original written record of case

no. 02 CR 315, *People v. Rea*.

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the

Clerk of the Court, Larimer County District Court by facsimile to (970) 498-6110 and by regular

mail to Clerk of the Court, Larimar County Justice Center, 201 LaPorte Avenue, Fort Collins,

Colorado, 80521.

Dated this 21st day of April, 2009, in Denver, Colorado.

                    BY THE COURT:

                    s/ Michael E. Hegarty
                    Michael E. Hegarty
                    United States Magistrate Judge