IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01608-MSK

MICHAEL D. REA,

      Petitioner,

v.

COLORADO ATTORNEY GENERAL, and
HOYTE BRILL,

      Respondents.

---

## ORDER TO FORWARD TRANSCRIPTS

---

      This matter is before the Court *sua sponte*.

      It is hereby **ORDERED** that on or before May 14, 2010, the Clerk of the Court, Larimer

County District Court, Colorado, shall provide to this court the trial transcripts of case no. 02 CR

315, *People v. Rea.*

      It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order on

the Clerk of the Court, Larimer County District Court, Colorado, by facsimile to (970) 498-6110

and by regular mail to Clerk of the Court, Larimer County Justice Center, 201 La Porte Avenue,

Fort Collins, Colorado 80521.

      DATED this 14th day of April, 2010.

                      **BY THE COURT:**

                      *Marcia S. Krieger*

                      Marcia S. Krieger
                      United States District Judge