FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

CIVIL ACTION NO. 08-cv-01608 MSK

MICHAEL E. REA,

    Applicant,

vs.

HOYT BRILL, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 15th day of February, 2013.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01608 MSK

Larimer County District Court
Larimer County Justice Center
201 LaPorte Ave. Suite 100
Fort Collins, CO 80521

Michael D. Rea
# 118902
Kit Carson Correctional Center (KCCC)
P.O. Box 2000
Burlington, CO 80807

John D. Seidel - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   3/22/2013  .

                                      JEFFREY P. COLWELL, CLERK

                                      By: s/ D. Berardi
                                             Deputy Clerk