```
                                               FILED
                                        UNITED STATES DISTRICT COURT
                                            DENVER, COLORADO

                                            MAR 22 2013
     IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO       JEFFREY P. COLWELL
          Chief Judge Marcia S. Krieger              CLERK
```

CIVIL ACTION NO. 08-cv-01608 MSK

MICHAEL E. REA,

    Applicant,

vs.

HOYT BRILL, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 15th day of February, 2013.

                                        BY THE COURT:

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01608 MSK

Larimer County District Court
Larimer County Justice Center
201 LaPorte Ave. Suite 100
Fort Collins, CO 80521

Michael D. Rea
# 118902
Kit Carson Correctional Center (KCCC)
P.O. Box 2000
Burlington, CO 80807

John D. Seidel - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  3/22/2013  .

                                  JEFFREY P. COLWELL, CLERK

                                  By: s/ D. Berardi
                                       Deputy Clerk